# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## FINAL JUDGMENT

August 6, 2015

Before:   FRANK H. EASTERBROOK, Circuit Judge
          MICHAEL S. KANNE, Circuit Judge
          TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| No. 07-1624 | JERRY N. JONES, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>HARRIS ASSOCIATES,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:04-cv-08305<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

### ON REMAND FROM THE UNITED STATES SUPREME COURT

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)