# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

October 13, 2015

Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 07-1624 | |
| JERRY N. JONES, MARY F. JONES, and ARLINE WINERMAN,<br>    *Plaintiffs-Appellants*,<br><br>        *v.*<br><br>HARRIS ASSOCIATES L.P.,<br>    *Defendant-Appellee*. | On Remand from the Supreme Court of the United States. |

**Order**

    Plaintiffs-appellants filed a petition for rehearing and rehearing en banc on August 20, 2015. No judge in regular active service has requested a vote on the petition for rehearing en banc, and both of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.